IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

---

AMY MARCHEL,

        Plaintiff,                            JUDGMENT IN A CIVIL CASE

v.                                              Case No. 12-cv-47-bbc

MICHAEL J. ASTRUE,
Commissioner of Social Security,

        Defendant.

---

      This action came for consideration before the court with District Judge Barbara B. Crabb presiding. The issues have been considered and a decision has been rendered.

---

      IT IS ORDERED AND ADJUDGED that judgment is entered awarding plaintiff Amy Marchel attorney fees and costs in the amount of $5,700 under the Equal Access to Justice Act, 28 U.S.C. § 2412.

_Peter Oppeneer_                                    2/20/13
Peter Oppeneer, Clerk of Court                Date